**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICHOLAS LEVI RIANTO,<br><br>   Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>   Respondent.<br>_____/ | 1:12-cv-0516-AWI-SKO<br>(1:01-cr-5063-AWI)<br><br>**ORDER GRANTING REQUEST<br>TO FILE UNDER SEAL** |

   On March 3, 2014, Jack Revvill, former counsel for petitioner, submitted to this Court a declaration in response to this Court's order dated February 10, 2014.  Mr. Revvill requested that his declaration be filed under seal. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds good cause to seal the documents at issue. Accordingly, Mr. Revvill's request to seal documents is GRANTED.  The Court further issues a protective order restricting the use of the documents to the litigation and limiting their access to Petitioner, any forthcoming counsel of record for Petitioner, counsel of record for the United States, the Court and court staff working on the case.  The parties are also prohibited from transmitting the documents to third parties absent further order of the Court.

IT IS SO ORDERED.

Dated:   April 7, 2014                                   _____
                                                                              SENIOR  DISTRICT  JUDGE

1